UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24cv61501

AMY KORLAND,

       Plaintiff,

  v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

       Defendants.

                                   /

## NOTICE OF PROPOSED SETTLEMENT

Plaintiffs hereby notifies the Court that Plaintiff, AMY KORLAND, & TRANS UNION, LLC.,

have settled this matter in principal and are awaiting the signature of those parties on the settlement

documents. Plaintiff requests thirty (30) days to file the requisite dismissal notice. Plaintiff files

this single notice as opposed a joint notice because TRANS UNION, LLC has not formally

appeared in this action.


Debt Shield Law
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Tel:   844-379-1112
Fax:   305-503-9457
service@debtshieldlaw.com
kevin@debtshieldlaw.com

*/s/ Kevin Rajabalee, Esq*
Kevin Rajabalee
Fla. Bar No. 119948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24cv61501

AMY KORLAND,

     Plaintiff,

  v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC.,

     Defendants.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on September 10, 2024 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                 */s/Kevin Rajabalee, Esq*
                                  Kevin Rajabalee

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF